AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TRACY W. LUNSFORD,**

    **Plaintiff,**

**v.**

                                    **JUDGMENT IN A CIVIL CASE**

**DEBRA TIMMERMAN-COOPER,**       **CASE NO. C2-11-733**
**WARDEN,**                               **JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed February 9, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 9, 2012                                   JAMES BONINI, CLERK

                                                           */S/ Andy F. Quisumbing*
                                                           (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk