# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TRACY W. LUNSFORD,**

       **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**v.**

**DEBRA TIMMERMAN-COOPER,**    **CASE NO.  C2-11-733**
**WARDEN,**                           **JUDGE EDMUND A. SARGUS, JR.**
                                  **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Order filed February 9, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 9, 2012                    JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk