UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tracy W. Lunsford,
    Plaintiff,

Case No. 2:11-cv-00733

v.

Judge Sargus

Debra Timmerman-Cooper, Warden,
    Defendant.

Magistrate Judge Abel

## *NUNC PRO TUNC* ORDER

On February 9, 2012, the Court issued an Order that contained scrivener's errors. (Doc. 14.) The first two sentences of the Order should have read as follows:

> Plaintiff Tracy W. Lunsford, a State prisoner, brings this action under 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's January 19, 2012 Report and Recommendation that defendant Debra Timmerman-Cooper's November 7, 2011 motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted (doc. 7) be **GRANTED**.

The last sentence of the Order should have read as follows:

> Defendant Debra Timmerman-Cooper's November 7, 2011 motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted (doc. 7) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendant.

**IT IS SO ORDERED.**

\_\_2-21-2012_____
Date

_____
Edmund A. Sargus, Jr.
United States District Judge