IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tracy W. Lunsford,
    Plaintiff

    v.

Debra Timmerman-Cooper, Warden,
    Defendant

Case No. 2:11-cv-00733

Judge Sargus

Magistrate Judge Abel

**ORDER**

Plaintiff Tracy W. Lunsford's February 17, 2012 motion for a certificate of appealability (doc. 18) is DENIED. Judgment was entered on February 9, 2012. A plaintiff has thirty days from the entry of judgment in which to file a notice of appeal. Further, a plaintiff must either pay the $455.00 filing fee or move for leave to proceed in forma pauperis on appeal. In its February 22, 2012 Order, the Court stated that it would rule on plaintiff's request for a certificate of appealability once it received his notice of appeal. Plaintiff has failed to file a notice of appeal, nor has he paid the filing fee or moved for leave to proceed in appeal without prepayment of fees and costs. As a result, plaintiff's motion is DENIED.

                                                  _____  05-01-12
                                                  Edmund A. Sargus, Jr.
                                                  United States District Judge